IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 11-259 |
| | : | |
| BLUE MARSH LABORATORIES, INC. | : | |
| & MICHAEL J. MCKENNA, | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 24th day of May, 2012, upon consideration of the amended pretrial motions of the defendants (Doc. No. 24), the accompanying memorandum of law in support of the defendants' amended pretrial motions (Doc. No. 25), the government's response thereto (Doc. No. 28), and the arguments and evidence presented at the pretrial motions hearing on May 11, 2012, IT IS HEREBY ORDERED that the defendants' motions (Doc. No. 24) are **DENIED** as follows:

1. Defendants' motion to suppress evidence obtained during the search and seizure of Blue Marsh Laboratories on January 9, 2008 is **DENIED**.

2. Defendant McKenna's motion to suppress his statement made January 9, 2008 is **DENIED**.

3. Defendant McKenna's motion to suppress the recorded phone call of November 19, 2009 is **DENIED**.

4. Defendant McKenna's motion to bar the government from use of his prior criminal record during trial is **DENIED.**

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.